United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND, PENSION FUND, and SHERRI CHIESA, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>OVATIONS FANFARE, L.P., a limited partnership,<br><br>Defendant. | No. C 10-00442 WHA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE** |

The Court **DENIES** plaintiffs' request to attend the case management conference by telephone. If lead counsel cannot attend, please have another member of your firm appear at the case management conference. The courtroom telephone equipment does not make it feasible to conduct telephonic hearings.

**IT IS SO ORDERED.**

Dated: April 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE