```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>OVATIONS FANFARE, L.P., a limited partnership,<br><br>　　　　　　Defendants. | NO. C 10 0442 WHA<br><br>STIPULATION FOR <u>DISMISSAL; ORDER</u> |

It is hereby stipulated between the parties that the above entitled action be dismissed with prejudice.

Dated: May 12, 2010　　　　　ERSKINE & TULLEY

　　　　　　　　　　　　　　　By:<u>/s/Michael J. Carroll</u>
　　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: May 12, 2010　　　　　OGLETREE, DEAKINS, NASH,
　　　　　　　　　　　　　　　SMOAK & STEWART, P.C.

　　　　　　　　　　　　　　　By:<u>/s/Aaron Roblan</u>
　　　　　　　　　　　　　　　　　Aaron Roblan
　　　　　　　　　　　　　　　　　Attorney for Defendants

<u>STIPULATION FOR DISMISSAL; ORDER</u>
1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>O R D E R</u>

It is so ordered.

Dated: May 13, 2010.

_____
IT IS SO ORDERED
Judge William Alsup
Hon. William Alsup

<u>STIPULATION FOR DISMISSAL; ORDER</u>
2